**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

# CIVIL MINUTES

**Case No**: Cv. 04-1307-KI

**Proceeding Date:** April 27, 2005

**Case Title:** Adcock v. Schomburg

**Presiding Judge**: Garr M. King

**Courtroom Deputy**: Mary Austad (JH)

**Reporter:** None

**Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
| --- | --- |
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**:  RECORD OF ORDER:  Defendant's motions to stay discovery (#21) and for extension of time to file dispositive motions (#19) are GRANTED.  The deadline to file dispositive motions is extended to 30 days from the date the court rules on defendant's pending motion to dismiss.  Plaintiff's motion for extension of time (#16) is DENIED AS MOOT.
IT IS FURTHER ORDERED that plaintiff shall file his opposition to defendant's motion to dismiss on or before May 30, 2005.  Defendant may file a reply within 11 days thereafter.  Defendant's motion to dismiss (#17) shall be taken UNDER ADVISEMENT on June 14, 2005.

**Document Number:** _____
**CIVIL MINUTES**